**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Joshua D. KNAUP, Defendant-
Appellant.**

No. 17-50107

United States Court of Appeals,
Ninth Circuit.

Submitted February 13, 2018 *

Filed February 16, 2018

Andrew James Galvin, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S. Attorney, Emily J. Keifer, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Kristi A. Hughes, Doug Keller, Attorney, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

MEMORANDUM **

Joshua D. Knaup appeals from the district court's judgment and challenges the 33–month sentence imposed following his guilty-plea convictions for two counts of wire fraud, in violation of 18 U.S.C. § 1343. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Knaup contends that the district court abused its discretion by imposing sentence based on internally inconsistent factual findings. We disagree. The district court's remarks consistently reflect its finding that Knaup defrauded investors. The court's speculation that Knaup may have come to believe his misstatements was not inconsistent with that finding. Further, the 33-month sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including the need to provide just punishment for the offense. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

